```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NEW ENGLAND LIFE INSURANCE    :   CIVIL ACTION
COMPANY,                      :
                              :
          Plaintiff,          :   NO. 02-2762
                              :
     v.                       :
                              :
ANTHONY J. DIMARTINO,         :
                              :
          Defendant.          :
```

**ORDER**

AND NOW, this 13th day of September, 2002, it is hereby ORDERED that a pre-trial conference in the above-captioned matter shall be held on October 16, 2002 at 4:30 p.m. in Room #17614, United States Courthouse.

BY THE COURT:

_____
JAMES T. GILES   C.J.

copies by FAX on
to