```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| NEW ENGLAND LIFE INSURANCE COMPANY, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 02-2762 |
| v. | : | |
| ANTHONY J. DIMARTINO, | : | |
| Defendant. | : | |

## **ORDER**

AND NOW, this ___ day of October 2002, it is hereby ORDERED that:

1. Discovery shall be completed by <u>January 7, 2003</u>.

2. Any dispositive motion shall be filed not later than <u>January 15, 2003</u>.

3. Any response to a dispositive motion shall be filed not later than <u>February 5, 2003</u>.

4. Any reply brief shall be filed not later than <u>February 12, 2003</u>.

5. On or before <u>April 24, 2003</u>, plaintiff shall file a pretrial memorandum, as well as proposed points for charge (each charge on a separate page), and memorandum of law on disputed or unusual legal issues.

6. On or before <u>May 1, 2003</u>, defendants shall file a pretrial memorandum, as well as proposed points for charge (each charge on a separate page), and memorandum of law on disputed or unusual legal issues.

7. A final pretrial conference shall be held on <u>May 8, 2003</u>, at <u>3:00 p.m.</u>, in Room 17614.

8. Trial in the above-captioned matter shall commence on <u>May 14, 2003</u>, at <u>9:30 a.m.</u>, in Courtroom 17A.

                                                BY THE COURT:

                                                _____

                                                JAMES T. GILES     C.J.

copies by FAX on

to