IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NEW ENGLAND LIFE INSURANCE COMPANY, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 02-2762 |
| v. | : | |
| ANTHONY J. DIMARTINO, | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this ___ day of March, 2003, upon the representations made to this court by counsel, it is hereby ORDERED that the above-captioned action is DISMISSED WITH PREJUDICE AND WITHOUT COSTS, pursuant to Local Rule 41.1(b).

BY THE COURT:

_____
JAMES T. GILES        C.J.

copies by FAX on
to